UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OBJECTIVE EQUITY, LLC,

        Plaintiff,

    -against-

KASTEN, INC.,

        Defendant.

21-cv-10587 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

    In its motion to continue the trial management conference scheduled in the above-captioned case, ECF No. 9, the plaintiff states that the parties would be able to resolve logistical issues to effectuate a settlement agreement within thirty days. Accordingly, the case is hereby dismissed with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the parties have not fully effectuated a settlement.

    SO ORDERED.

Dated:    New York, NY

        March 22, 2022

_____

JED S. RAKOFF, U.S.D.J.